**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Kimberly BROMAN, Defendant–**
**Appellant.**

**No. 10–15833.**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Oct. 19, 2011.

Susan H. Rothstein, Robert E. O'Neill, Kathy Peluso, David Paul Rhodes, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Robert Godfrey, Maria Guzman, Donna Lee Elm, Federal Public Defender's Office, Orlando, FL, for Defendant–Appellant.

Before EDMONDSON, MARCUS and KRAVITCH, Circuit Judges.

PER CURIAM:

Robert Godfrey, appointed counsel for Kimberly Broman in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Broman's conviction and sentence are **AFFIRMED.**